NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAYER CROPSCIENCE AG AND BAYER S.A.S.,**
*Plaintiffs-Appellants,*

**v.**

**DOW AGROSCIENCES LLC,**
*Defendant-Appellee.*

---

2014-1032

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00256-RMB-JS, Judge Renee Marie Bumb.

---

## JUDGMENT

---

CHRISTOPHER J. GASPAR, Milbank, Tweed, Hadley & McCloy LLP, of New York, New York, argued for plaintiffs-appellants. With him on the brief were ROBERT J. KOCH, STEPHANIE R. AMOROSO, EDWARD J. MAYLE and RONALD L. SIGWORTH, of Washington, DC. Of counsel on the brief were BRADFORD J. BADKE and SONA DE, Ropes & Gray LLP, of New York, New York.

MARK S. DAVIES, Orrick, Herrington & Sutcliffe LLP, of Washington, DC, argued for defendant-appellee. With

him on the brief were SUSANNAH LANDES WEAVER; and PETER A. BICKS, ALEX V. CHACHKES and ANDREW D. SILVERMAN, of New York, New York.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 17, 2014                    /s/  Daniel  E.  O'Toole
Date                                  Daniel E. O'Toole
                                      Clerk of Court